IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>BRUCE A. NICKEL,<br><br>                    Defendant. | Case No.  CV F MC 11-0012<br><br>CONSENT JUDGMENT |

     Pursuant to the Settlement Agreement between the parties and filed with this Court, judgment in the amount of One Hundred Two Thousand, Two Hundred Thirty-nine Dollars and Fifty-two Cents ($102,239.52) is entered in favor of plaintiff United States of America and against defendant Bruce A. Nickel.

     IT IS SO ORDERED.

**Dated:   May 16, 2011**               /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

Consent Judgment                                                1